AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern District of ___

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2020 JAN 10 PM 1:52

DEPUTY CLERK ___

UNITED STATES OF AMERICA

V.

Robert Burney Capps

## WARRANT FOR ARREST

Case Number: 3:20-cr-00008-E

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Robert Burney Capps___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petiton    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her (brief description of offense)

Transporting and Shipping Child Pornography.

in violation of Title __18__ United States Code, Section(s) __2252A(a)(1)__

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

United States Magistrate Judge Irma C. Ramirez    1/9/2020    Dallas
                                                   Date       Location

By: s/ A. Aguilar
    Deputy Clerk

US MARSHALS SERVICE
DALLAS, TEXAS
2020 JAN 10 A 9:04

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Dallas TX 75242 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/9/2020 | Jeffrey Williams / Special Agent | /s/ Jeffry S. Williams |
| DATE OF ARREST 1/10/2020 | | |

H/S/

1105650